# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

JERRY ZOPFI,                                          Civil 04-5034 (JRT/FLN)

      Plaintiff,

      v.                                          **O R D E R**

CHAMPLIN CITY COUNCIL & STAFF;
DAYTON CITY COUNCIL & STAFF;
HENNEPIN COUNTY COMMISSION &
STAFF, THREE RIVERS PARK DISTRICT &
STAFF,

      Defendants.

_____

Jerry Zopfi, 12208 Hayden Lake Road, Champlin, Minnesota 55316, *pro se* plaintiff.

Jason M. Hiveley, **IVERSON REUVERS**, 9321 Ensign Avenue South, Bloomington, Minnesota 55438, for defendants Cities of Champlin and Dayton.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated December 2, 2005, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendants' motion for summary judgment [Docket No. 9] is GRANTED, and Defendants' motion for sanctions [Docket No.15] is DENIED.

DATED: January 16, 2006      _____ s/John R. Tunheim _____
at Minneapolis, Minnesota           JOHN R. TUNHEIM
               United States District Judge